**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

**IN RE: Michael Szukhent**
      **Terri Szukhent,**
.
                                 **CHAPTER 13**
                                 **CASE NO: 10-33740**
                                 **JUDGE: Daniel Opperman**

               **Debtor(s)**

Michael Szukhent and Terri Szukhent
               Plaintiffs

v.

**BENEFICIAL HOME FINANCE CORP.**             **Adversary Proceeding #10-**

               **Defendant.**

_____/

## COMPLAINT TO AVOID SECURITY INTEREST IN REAL PROPERTY LOCATED AT 1308 COUTANT, FLUSHING MICHIGAN 48433

  Now Comes Debtors, by counsel, John A. Zintsmaster, to state their complaint as follows:

1. Plaintiffs bring this complaint pursuant to 11 U.S.C. 506, under the jurisdiction of this Court through Fed. R. Bankr. P 7001 and 7004.

2. Debtor's filed their voluntary Chapter 13 on July 5, 2010.

3. Debtor's have two separate mortgages on their real property located at 1308 Coutant, Flushing, Michigan, 48433. Said property is legally described as:

Situated in the City of Flushing, County of Genesee and State of Michigan: Lot #4, East Flushing Acres, Genesee County Records.

4. That Debtor's first mortgage is held by Chase Bank and has a balance of $119.033.00 based on recent credit reporting records. Said mortgage is recorded with the Genesee County Register of Deeds, #199506130000271
5. . The second mortgage is held by Beneficial Home Finance Corp. This mortgage has a balance of $25,707.00. Its recordation number is 200212120139801. Parcel #55-25-553-007.

6. Debtor's real property has an appraised value of $81,500.00.

7. The balance of the first mortgage of Chase Bank exceeds the value of the real property by $37,533.00, leaving Defendant Beneficial Home Finance Corp wholly unsecured.

8. Debtors are entitled to avoid the claimed security interest of Defendant Beneficial Home Finance Corp pursuant to the provisions of 11 U.S.C. 506, as Defendant's second mortgage lien is not an "allowed secured claim" as defined by the code and applicable case law.

9. Therefore, Defendant Beneficial Home Finance Corp does not have a valid security interest and lien as to their second mortgage on debtor's real property located at 1308 Coutant, Flushing, Michigan, 48433, and should be treated wholly as a general unsecured class 8 creditor.

10. The interests of good faith and justice support this requested relief.

    WHEREFORE, Debtors request that this Honorable Court grant Plaintiff's request to avoid the security interest of Beneficial Home Finance Corp in debtor's real property located at 1308 Coutant, Flushing, Michigan, 48433.

                                                            Respectfully submitted,

_____

Flushing, Mi 48433

_____

s/s John A. Zintsmaster
Attorney for Debtor
G-6258 W. Pierson Rd

(810) 733-6970
jbzints@gmail.com
P-35487